

# Fourth Court of Appeals
## San Antonio, Texas

March 26, 2014

No. 04-14-00013-CV

**IN THE INT OF AJL, ARL, AAR, AND BNG**

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-02031
Honorable Richard Garcia, Judge Presiding

# O R D E R

There are two appellants in this appeal from a judgment terminating parental rights, Abel Ozano and Ernestina Esparza. Appellate counsel for each appellant have filed separate motions to withdraw and separate briefs pursuant to *Anders v. California*, 386 U.S. 738 (1967), in which counsel state there are no meritorious issues to raise on appeal. *See In re R. R.*, No. 04-03-00096-CV, 2003 WL 21157944 (Tex. App.–San Antonio, May 21, 2003, order) (holding that *Anders* procedures apply to appeals from orders terminating parental rights), disp. on merits, 2003 WL 22080522 (Tex. App.–San Antonio, Sept. 10, 2003, no pet.) (mem. op.). Both attorneys state they have informed their client of the right to review the record and file their own brief. *See id.*; *Nichols v. State*, 954 S.W.2d 83, 85-86 (Tex. App.—San Antonio, July 23, 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.).

If Mr. Lozano and/or Ms. Esparza desire to file their own pro se brief, we order that they each do so <u>on or before April 25, 2014</u>. The State has filed a notice waiving its right to file a brief in this case unless either appellant files a pro se brief. If either or both appellants timely file a pro se brief, the State may file a separate responsive brief no later than thirty days after each appellant's pro se brief is filed in this court.

We order that the motions to withdraw filed by appellants' attorneys are held in abeyance pending further order of the court.

We further order the clerk of this court to serve a copy of this order on appellants and all counsel.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of March, 2014.



Keith E. Hottle
Clerk of Court